1 | BENJAMIN B. WAGNER
United States Attorney
2 | DAVID L. GAPPA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

MAR 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | IN RE:                                           CASE NO.  1:13-SW-00077 BAM

12 | SEARCH WARRANT
EXECUTED ON PREMISES KNOWN AS
THE RESIDENCE OF TERRY CAMPBELL
13 | 19963 PINE MOUNTAIN DRIVE
GROVELAND, CA

14

15

16 | **ORDER**

17

18 |     Having reviewed the motion of the United States to unseal the affidavit and search warrant

19 | described above, the court finds that there is good cause to grant the motion and unseal the items.

20 |     IT IS THEREFORE ORDERED that Matter No. 1:13-SW-00077-BAM shall be unsealed and

21 | made part of the public record of this court.

22

23

24

25 | DATE: ___3/27/14___                    _____
                                          Honorable Barbara A. McAuliffe
26 |                                        United States Magistrate Judge

27

28

ORDER                                                    1